# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0457. STOKES v. THE STATE.**

This appeal was docketed on October 13, 2023, and Appellant's brief containing an enumeration of errors was due by November 2, 2023. Appellant failed to do so,[1] and therefore, the appeal is hereby **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/17/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Appellant's "Affidavit of Indigency" contains no enumerations of error and is insufficient to be construed as a brief of issues on appeal.